```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
ASCENTO CAPITAL, LLC,

                Plaintiff,

        - against -                            O R D E R

MINVERVAWORKS, LLC, MINERVAWORKS          20 Civ. 6195 (NRB)
HOLDINGS, INC., RODNEY BOWERS, XALLES
HOLDINGS, INC., XALLES TECHNOLOGY,
INC., and THOMAS NASH,

                Defendants.
-------------------------------------X
```

**NAOMI REICE BUCHWALD, District Judge:**

**WHEREAS** on November 4, 2020, notwithstanding the terms of the Court's Individual Practice 2(B), and in violation thereof, counsel for defendants Rodney Bowers, MinervaWorks Holdings, Inc., and MinervaWorks, LLC filed a motion to dismiss plaintiff's complaint, see ECF Nos. 24-25; it is hereby

**ORDERED** that **t**he Clerk of Court strike from the docket ECF Nos. 24 and 25; and it is hereby

**ORDERED** that, if defendants wish to move to dismiss, counsel must comply with the Court's Individual Practices.

```
Dated:   New York, New York
         November 6, 2020
```

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

1